**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

THIERNO SANOUSSY BARRY,

Petitioner,

v. Case No. 1:26-cv-00504-KWR-KRS

TODD LYONS, *Acting Director, Immigration and Customs Enforcement*,
KRISTI NOEM, *Secretary of the Department of Homeland Security*,
GEORGE DEDOS, *Warden of the Cibola County Correctional Center*,
PAMELA BONDI, *Attorney General*, and
MARY DE ANDA-YBARRA, *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*,

Respondents.

**JUDGMENT**

Consistent with the Memorandum Opinion and Order entered concurrently herewith, the Court grants the Petition in part and denies the Petition in part and concludes that Petitioner is detained pursuant to 8 U.S.C. § 1226(a). Thus, Petitioner is entitled to a bond hearing pursuant to § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide Petitioner a bond hearing before an immigration judge pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order. Respondents shall not deny Petitioner bond on the basis that § 1225(b) requires mandatory detention pending a decision on removal.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE